IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER IRELAND F/K/A JENNIFER ADAMS, | |
| PLAINTIFF, | |
| v. | CIVIL ACTION NO. 2:24-cv-00216-AMM |
| DISCOVER BANK, et al., | |
| DEFENDANTS. | |

**PLAINTIFF'S MOTION FOR *PRO TANTO* DISMISSAL OF DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.**

**COME NOW** the Plaintiff, by and through her counsel of record, and moves the Court for a *Pro Tanto* Dismissal of any and all claims asserted by the Plaintiff against the Defendant designated as Experian Information Solutions, Inc., with prejudice, **with any and all claims against other named Defendants to remain pending.**

Respectfully submitted on October 3, 2024.

                                                            */s/ W. Whitney Seals*
                                                            W. Whitney Seals,
                                                            Attorney for Plaintiff

**OF COUNSEL:**
**COCHRUN & SEALS, LLC**
P.O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
filings@cochrunseals.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 3, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following:

J. Allen Sydnor, Jr., Esq.
William T. Thompson, Esq.
**HUIE, FERNAMBUCQ & STEWART, LLP**
3291 US Highway 280, Suite 200
Birmingham, Alabama 35243
E: asydnor@huielaw.com
E: wthompson@huielaw.com
*Attorneys for Defendant,*
*Trans Union, LLC*

David A. Elliott, Esq.
Ryli W. Leader, Esq.
**BURR & FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
E: delliott@burr.com
E: rleader@burr.com
*Attorneys for Defendant, Discover Bank*

L. Jackson Young, Jr., Esq.
**CHRISTIAN & SMALL, LLP**
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
E: LJYoung@csattorneys.com
*Attorneys for Defendant,*
*Experian Information Solutions, Inc.*

                                             /s/ *W. Whitney Seals*
                                             OF COUNSEL