# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER IRELAND f/k/a,** Jennifer Adams, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )   Case No: 2:24cv216 AMM |
| | ) |
| **DISCOVER BANK, et al,** Defendants. | )<br>)<br>) |

## ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION LLC

In accordance with the Motions For *Pro Tanto* Dismissal of Defendants Experian Information Solutions, Inc. and Trans Union LLC, Docs. 28 and 29, the court hereby orders that this action against Experian Information Solutions, Inc., and Trans Union LLC, shall be, and is, **DISMISSED WITH PREJUDICE**.  The Clerk of the Court is directed to terminate Experian Information Solutions, Inc., and Trans Union LLC as defendants in this matter.

Plaintiff's claims against Discover Bank remain before the court.

**DONE** and **ORDERED** this 4th day of October, 2024.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE